

# ARKANSAS COURT OF APPEALS
## DIVISION II
### No. CV-15-974

| | | |
|---|---|---|
| SIMON POCKRUS | | **Opinion Delivered:** February 15, 2017 |
| | APPELLANT | |
| V. | | APPEAL FROM THE BENTON COUNTY CIRCUIT COURT [NO. CV-15-741-2] |
| VICTORIA MORRIS | | |
| | APPELLEE | HONORABLE BRAD KARREN, JUDGE |
| | | SUPPLEMENTAL ADDENDUM ORDERED |

## BRANDON J. HARRISON, Judge

This is an appeal from a legal–malpractice case involving Simon Pockrus and his former attorney, Victoria Morris. Simon sued Victoria based on her representation of him in divorce proceedings. The Benton County Circuit Court held a jury trial on Simon's claims against Victoria, and the jury rendered a verdict in Victoria's favor. Simon appealed. We cannot yet decide the merits of Simon's appeal because he failed to comply with our rules governing the contents of an addendum.[1]

In any case where there was a jury trial, the jury's verdict forms must be included in the addendum. Ark. Sup. Ct. R. 4-2(a)(8)(A)(i). But Simon's addendum does not include the jury-verdict forms. Because including the verdict forms is mandatory, we order supplementation of the addendum. We order Simon to file, within seven calendar days of

---

[1]We also note that the language Simon used in his statement of the case was particularly salty. We remind counsel that Arkansas Supreme Court Rule 4-2(a)(6) requires a concise statement of the case, without argument.

this opinion, a supplemental addendum that includes the jury-verdict forms.  Ark. Sup. Ct.

R. 4–2(b)(4).

Supplemental addendum ordered.

KLAPPENBACH and WHITEAKER, JJ., agree.

*Harry McDermott*, for appellant.

*Burke Law Firm, P.A.*, by: *Brian T. Burke*, for appellee.